# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Dianne Michele Carter,

    Plaintiff(s),

vs.

State of North Carolina, et al.,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:12cv11

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 1/23/12 Order.

Signed: January 23, 2012

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court